**UNITED STATES of America,
Appellee,**

v.

**Michael D. CLEMMONS, Appellant.**

**No. 10–2917.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 22, 2010.

Filed: March 14, 2011.

Larry C. Pace, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Brent B. Venneman, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Michael Clemmons appeals the judgment revoking his term of supervised release and sentencing him to eighteen months in prison. He argues that the district court[1] committed procedural error when, during the revocation hearing, the court received a confidential sentencing recommendation from the probation officer. This contention is without merit. *See United States v. Davis,* 151 F.3d 1304,

1306 (10th Cir.1998); *United States v. Johnson,* 935 F.2d 47, 51 (4th Cir.1991). Clemmons, who was represented by counsel at the hearing, raised no question whether the court had obtained from the probation officer, ex parte, factual evidence that should be disclosed under Rule 32.1 of the Federal Rules of Criminal Procedure.

Accordingly, this court affirms the judgment of the district court. Counsel's motion to withdraw is granted, subject to counsel informing Clemmons about procedures for seeking rehearing or filing a petition for certiorari.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.